# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **ROGER LEE CARR,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 6:23-cv-00744-ACA-HNJ |
| **WARDEN GWENDOLYN DAVIS, et al.,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report (doc. 10) on November 1, 2023, recommending that the court deny petitioner Roger Lee Carr's ("Carr") 28 U.S.C. § 2254 petition (doc. 1) and dismiss his claims **WITHOUT PREJUDICE** to allow Mr. Carr an opportunity to properly exhaust his claims in state court. Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, and the consequences of failing to object, the court has not received any objections. (Doc. 10 at 10–11).

Plaintiff Roger Lee Carr's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the proposed recommendation. The court therefore **ADOPTS** the report and **ACCEPTS**

the recommendation. Consistent with that recommendation, the court **WILL DISMISS** this action **WITHOUT PREJUDICE**.

A final judgment will be entered.

**DONE** and **ORDERED** this December 12, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE